**Terrence BROWNLEE, Plaintiff–Appellant,**

v.

**Arthur VAN COURT; et al., Defendants–Appellees.**

**No. 08–15017.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Oct. 30, 2009.

Terrence Brownlee, Susanville, CA, pro se.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

California state prisoner Terrence Brownlee appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging improper denial of parole. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal pursuant to 28 U.S.C. § 1915A. *Ramirez v. Galaza*, 334 F.3d 850, 853–54 (9th Cir.2003). We affirm.

The district court properly dismissed Brownlee's claims because defendants are immune from suit. *See Swift v. California*, 384 F.3d 1184, 1189 (9th Cir.2004) (holding that parole board officials are entitled to absolute quasi-judicial immunity from suits arising from decisions to grant, deny, or revoke parole); *Brown v. Cal. Dep't of Corrs.*, 554 F.3d 747, 750 (9th Cir.2009) (holding that prosecutors should be afforded absolute immunity for parole recommendations because parole decisions are a continuation of the sentencing process).

Brownlee's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.